IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| TANYA J. JUSTUS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:14-cv-00045 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SOCIAL SECURITY | ) | By: Hon. Jackson L. Kiser |
| ADMINISTRATION, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the United States Magistrate Judge's *Report and Recommendation*, recommending that I enter an Order granting the Social Security Administration's Motion for Summary Judgment [ECF No. 18] and dismissing this case. This *Report* was filed on August 31, 2015, from which date the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is **ORDERED** and **ADJUDGED** that the *Report and Recommendation* shall be, and hereby is, **ADOPTED** in its entirety. The Social Security Administration's Motion for Summary Judgment is **GRANTED**, and this case is hereby **DISMISSED**. The Clerk is directed to dismiss this case from the active docket of this Court.

The Clerk is directed to send a copy of this Order to the Plaintiff, appearing *pro se*; to the Social Security Administration's counsel of record; and to Magistrate Judge Hoppe.

ENTERED this 17th day of September, 2015.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE